IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| GREAT BOWERY D/B/A TRUNK ARCHIVE, | § § § | |
| *Plaintiff* | § § | |
| V. | § § | |
| | § | CIVIL ACTION NO. 1:23-CV-00023 |
| MANDY L. WARTHAN; WARTHAN DERMATOLOGY ASSOCIATES, P.A. D/B/A WARTHAN DERMATOLOGY CENTER, AND DOES 1 THROUGH 10 INCLUSIVE, | § § § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendants.* | § § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Dismissal with Prejudice. [Dkt. 15]. The Parties hereby stipulate to the voluntary dismissal with prejudice of all claims asserted or which could have been asserted by any of the Parties in the above-styled case.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 28th day of June, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge